*Reed, Assistant Attorney General Morris,* and *Messrs. Sewall Key* and *J. Louis Monarch* for respondent.

No. 188. GINSBURG *v.* PACIFIC MUTUAL LIFE INS. Co. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Bernard Sobol* for petitioner. *Messrs. Maxwell C. Katz* and *Raymond T. Heilpern* for respondent.

No. 191. UNITED STATES *v.* GETZELMAN ET AL. October 11, 1937. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Solicitor General Reed* for the United States. *Messrs. Summers Hardy, Neal E. McNeill, Roscoe E. Harper, Grover C. Spillers, N. A. Gibson, R. B. F. Hummer,* and *A. D. Cochran* for respondents.

No. 192. UNITED STATES *v.* ORDNANCE ENGINEERING CORP.; and
No. 193. ORDNANCE ENGINEERING CORP. *v.* UNITED STATES. October 11, 1937. Petitions for writs of certiorari to the Court of Claims denied. *Solicitor General Reed* for the United States. *Messrs. George A. King, Eugene V. Myers,* and *George R. Shields* for respondent in No. 192, and *Messrs. George A. King* and *George R. Shields* for petitioner in No. 193. Reported below: 68 Ct. Cls. 301.

No. 195. JEFFERIES, EXECUTRIX, ET AL. *v.* FEDERAL LAND BANK. October 11, 1937. Petition for writ of certiorari to the Supreme Court of South Carolina denied.